*E-Filed 9/4/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS WYNDON, | No. C 12-3917 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to plaintiff filing a complete IFP application or paying the filing fee. A complete IFP application includes **all** three of the following: (1) a filled out and signed IFP application form; (2) a certificate of funds signed by an authorized prison officer; and (3) a prison trust account statement showing transactions for the last six months. **Any motion to reopen the action must contain all three documents, or full payment of the $350 filing fee.** The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: September 4, 2012

RICHARD SEEBORG
United States District Judge